UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL AMATO
JOY MONSANTO
50's LOUNGE, LLC

    vs.                                                 CASE NO. 3:20CV464(MPS)

JUSTIN ELICKER, *Mayor*
NED LAMONT, *Governor*
GAGE FRANK

## JUDGMENT

This action having come on for consideration of defendants' motion to dismiss before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its ruling on April 15, 2021 granting the motions; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 15th day of April 2021.

                                                                         ROBIN D. TABORA, Clerk

                                                                         By_____/s/_____
                                                                           Devorah Johnson
                                                                           Deputy Clerk

EOD <u>04/15/21</u>